UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MORSEA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:14-cv-1219-KJN<br><br><br>ORDER |

In light of the Ninth Circuit Court of Appeals' memorandum disposition filed on February 12, 2018 (ECF No. 24), and the formal mandate issued on April 6, 2018 (ECF No. 25), this case is REMANDED to the Social Security Administration for further proceedings consistent with the Ninth Circuit's memorandum disposition.

The Clerk of Court shall close this case in the district court.

IT IS SO ORDERED.

Dated: August 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE